**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 95-7013**

―――――――――

TOMMY R. ROBINSON,

Plaintiff - Appellant,

versus

HOWARD COUNTY POLICE DEPARTMENT; POLICE CHIEF;
THOMAS M. MARTIN; RICHARD WITTE; KELLY SMITH;
RICHARD RUTLEDGE; M. T. HARDING; MICHAEL
MARTIN; VICTORIA PLANK; WILLIAM SEIFERT;
NATHAN RETTIG; MICHAEL PRICE; UNIDENTIFIED MD
STATE TROOPER; V. WILLIAM,

Defendants - Appellees,

and

NORMAN SNYDER; K-9; SUSAN REIDER,

Defendants.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. John R. Hargrove, Senior District Judge.
(CA-94-393-HAR)

―――――――――

Submitted: January 11, 1996        Decided: January 23, 1996

―――――――――

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Tommy R. Robinson, Appellant Pro Se.  Barbara McFaul Cook, County Solicitor, Rebecca Ann Laws, COUNTY SOLICITOR'S OFFICE, Ellicott City, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from a district court order which granted him only thirty days to file an opposition, and which denied his motions to strike, for a pretrial investigation, and for a temporary restraining order or emergency protective order. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2